IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LISA STAMM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | **NO. CV 06-511-JPG** |
| | ) | |
| **AMERICAN WATER WORKS SERVICE COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: June 21, 2007**

**NORBERT G. JAWORSKI, Clerk**

**By:s/Deborah Agans, Deputy Clerk**

APPROVED:   s/J. Phil Gilbert
           J. PHIL GILBERT
           U. S. DISTRICT JUDGE